IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD D. WILLIS,

    Plaintiff,

v.

CITI RESIDENTIAL LENDING and AMERIQUEST MORTGAGE COMPANY,

    Defendants.

_____/

No. CIV S-07-2691 GEB DAD PS

ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS, DIRECTING CLERK TO SEND MATERIALS FOR SERVICE, AND REQUIRING SERVICE BY UNITED STATES MARSHAL

    This proceeding was referred to the undersigned pursuant to Local Rule 72-302(c)(21).  Plaintiff's pro se complaint alleges claims of predatory lending practices and mortgage fraud.

    Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff has submitted the affidavit required by § 1915(a) showing that he is unable to prepay fees and costs or give security for them.  Plaintiff's request to proceed in forma pauperis will be granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's December 13, 2007 application to proceed in forma pauperis is granted.

1

1 |       2. The Clerk of the Court is directed to issue process and to send plaintiff (1) an instruction sheet for service of process by the United States Marshal, (2) a USM-285 form and a summons for each defendant, and (3) an endorsed copy of plaintiff's complaint filed December 13, 2007.

      3. Plaintiff shall follow the instructions provided by the Clerk of the Court and shall submit the properly completed materials for service, along with a copy of this order, to the United States Marshal within thirty (30) days after this order is served.

      4. Within ten (10) days after submitting the materials for service and copy of this order to the United States Marshal, plaintiff shall file a statement with the court advising the court of the date on which he submitted the documents to the United States Marshal.

      5. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendants (1) Citi Residential Lending and (2) Ameriquest Mortgage Company.

DATED: December 14, 2007.

                                      _/s/ Dale A. Drozd_
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\willis2691.ifp.serve